**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **In Re:** | : **Chapter 13** |
| **Loriann McHugh** | : **Case No. 19-15018-AMC** |
| **Debtor,** | |
| ------------------------------------ | |
| U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust | |
| Movant, | |
| v. | : Hearing: March 24, 2020 at 11:00 a.m |
| Loriann McHugh | : Courtroom # 4 |
| Debtor, and | |
| William C. Miller, Esquire Trustee, | : 11 U.S.C. §362(d) and §1301 |
| Respondents. | |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CODEBTOR STAY**

AND NOW, upon the Motion of PARKER McCAY P.A. Attorneys for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay and section 1301 co-debtor stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1. The automatic stay of Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*531 S. Mount Vernon Circle, Bensalem, PA 19020*

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

4. Nothing in this Order shall prevent Movant from communicating with the Debtor about loss mitigation options.

BY THE COURT

**Date: March 24, 2020**

Ashely M. Chan
United States Bankruptcy Judge
Eastern District of Pennsylvania

PAUL H. YOUNG
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY

Loriann McHugh
531 S. Mt. Vernon Circle
Bensalem, PA 19020
DEBTOR – SERVED VIA REGULAR MAIL

John P. McHugh
531 S. Mt. Vernon Circle
Bensalem, PA 19020
PARTY IN INTEREST – SERVED VIA REGULAR MAIL

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY